# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW ENGEL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GANNON UNIVERSITY,<br><br>    Defendant. | Case No. 1:23-CV-00244-SPB<br><br>**Honorable Susan Paradise Baxter** |

## JOINT STATUS REPORT

Plaintiff, Andrew Engel, and Defendant, Gannon University (collectively, the "Parties"), by and through their undersigned counsel, jointly submit this status report regarding their settlement efforts.

As reported by mediator Carole Katz, the Parties have reached an agreement in principle on November 21, 2023. ECF No. 19. Since then, the Parties have been working diligently to draft and finalize settlement documents, including the class action settlement agreement, motion for preliminary approval, and long- and short-form notices. Additionally, the Parties have obtained and are reviewing bids from multiple settlement administrators to help facilitate notice and settlement. The Parties anticipate needing an additional fourteen (14) days, or until January 26, 2024, to finalize all documents and for Plaintiff to file his Motion for Preliminary Approval.

Dated: January 11, 2024

| | |
|---|---|
| */s/ Nicholas A. Colella*<br>Gary F. Lynch<br>Nicholas A. Colella<br>**LYNCH CARPENTER, LLP**<br>1133 Penn Ave., Floor 5<br>Pittsburgh, PA 15222 | */s/ Jamie R. Schumacher*<br>Jamie R. Schumacher<br>Nathan P. Venesky<br>**MACDONALD, ILLIG, JONES, AND BRITTON LLP**<br>100 State Street, Suite 400 |

T. (412) 322-9243
F. (412) 231-0246
gary@lcllp.com
nickc@lcllp.com

***Attorneys for Plaintiff***

Erie, PA 16507
T: 814-870-7613
F: 814-453-5475
jschumacher@mijb.com
nvenesky@mijb.com

***Attorneys for Defendant***