UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW ENGEL, *individually and behalf of all other situated*,<br><br>Plaintiff,<br><br>v.<br><br>GANNON UNIVERSITY,<br><br>Defendant. | Case No. 1:23-cv-00244-SPB |

### PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, AND CASE CONTRIBUTION AWARD TO SETTLEMENT CLASS REPRESENTATIVE

Through undersigned counsel, Plaintiff Andrew Engel ("Plaintiff") respectfully moves this Court for approval of reasonable attorneys' fees, costs, and case contribution award to Settlement Class Representative pursuant to the proposed Class Action Settlement that this Court preliminarily approved in its Order dated February 8, 2024. Plaintiff moves for an award of attorneys' fees in the amount of $366,630.00 and litigation expenses in the amount of $2,624.25 with such amounts to be paid from the Settlement Fund in accordance with the terms of the Settlement. Plaintiff additionally moves for a Case Contribution Award to the Settlement Class Representative in the amount of $2,500.00. In further support of this Motion, Plaintiff refers the Court to the attached memorandum of law and the Declaration of Nicholas A. Colella.

Dated: April 24, 2024

Respectfully submitted,

<u>*/s/ Nicholas A. Colella*</u>
Nicholas A. Colella (PA ID No. 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Anthony Alesandro, Esq.*
**Leeds Brown Law, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
aalesandro@leedsbrownlaw.com
**Pro Hac Vice*

*Attorneys for Plaintiff*