UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW ENGEL, *individually and behalf of all other situated*,<br><br>Plaintiff,<br><br>v.<br><br>GANNON UNIVERSITY,<br><br>Defendant. | Case No. 1:23-cv-00244-SPB |

## ORDER

AND NOW, this 17th day of July, 2024, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees, Costs, and Case Contribution Award to Settlement Class Representative, it hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that Class Counsel are awarded attorneys' fees in the amount of $366,630.00.

IT IS FURTHER ORDERED that Class Counsel are awarded reimbursement of expenses in the amount of $2,624.25.

IT IS FURTHER ORDERED that a Case Contribution Award in the amount of $2,500.00 is to be paid to Plaintiff Andrew Engel.

SO ORDERED.

*[signature]*
Hon. Susan Paradise Baxter
United States District Judge